| Form<br>668(Z)CM<br>(Rev. Aug. 1995) | DEPARTMENT OF FINANCE – DIVISION OF REVENUE AND TAXATION<br>**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**<br>**CERTIFICATE OF RELEASE OF CNMI TAX LIEN** |
|---|---|

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| Saipan | 200200548 | FILE # 07-1321<br>6/14/07  10:43<br>14    38<br>8 |

I certify that as to the following-named taxpayer, the requirements of '6325(a) of the NMTIT and/or '1811 and '1818 of 4CMC, and '2210.5 of the Revenue and Tax Regulations have been satisfied for the taxes listed below and for all statutory additions, penalties, or both. Therefore, the lien for these taxes and additions has been released.

**Name of Taxpayer**

**Conrad M. Sablan (C & V Enterprises )**

**Residence**

**P.O. Box 503776, Saipan, MP 96950**

| Kind of Tax<br>(a) | Tax period Ended<br>(b) | Identifying Number<br>(c) | Date of Assessment<br>(d) | Last Day of Refiling<br>(e) | Unpaid Balance of Assessment<br>(f) |
|---|---|---|---|---|---|
| OS-3105G | 3/31/2000 | 66-0504592 | 5/29/2001 | | 672.23 |
| OS-3105G | 6/30/2000 | 66-0504592 | 9/17/2001 | | 472.99 |
| OS-3105G | 9/30/2000 | 66-0504592 | 9/17/2001 | | 389.66 |
| 3705-F | 6/30/2000 | 66-0504592 | 9/24/2001 | | 243.34 |
| 3705-L | 6/30/2000 | 66-0504592 | 9/24/2001 | | 965.37 |

F I L E D
Clerk
District Court

JUN 1 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Place of Filing
-Commonwealth Recorders Office
-US District Court

Total  **$2,743.59**

This certificate was prepared and signed at <u>Division of Revenue and Taxation</u>, on this, the <u>14th</u> day of June 20<u>07</u>.

Signature: Estrellita S. Ada   6/14/07

Title: Director, Revenue & Taxation

**Insert Notary Provision as Attached**

---

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

VS.

Conrad M. Sablan ( C & V Enterprises )

## Release of Tax Lien

Filed this_____day of _____, 20

_____,    and    proper    entry    made    in

_____Book No._____, page

---

On this_____day of_____, 20_____, before me a Notary Public of the CNMI, personally appeared the above-signed individual, who acknowledge to me that he signed the foregoing instrument as his free and voluntary act and deed for the purposes therein set forth.

**IN WITNESS WHEREOF,** I have hereunto set my hand and affixed my official seal the day and year first above written.

_____
Notary Public                     Commission Expires:_____

FRANCES T. ADA
NOTARY PUBLIC
Commonwealth of the Northern
Mariana Islands
My Commission expires: 9/12/08
P.O. Box 503881
Saipan, MP 96950-3881